This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 140  SSM 27
In the Matter of Ryszard Grajko,
          Appellant,
       v.
City of New York, et al.,
          Respondents.

          Submitted by Gregory J. Cannata, for appellant.
          Submitted by Porsha Requel Johnson, for respondents.
          New York State Trial Lawyers Association, <u>amicus</u>
<u>curiae</u>.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

On review of submissions pursuant to section 500.11 of the Rules, appeal dismissed, with costs, upon the ground that the two-Justice dissent at the Appellate Division is not on a question of law (<u>see</u> CPLR 5601[a]).  A disagreement as to whether Supreme Court improvidently exercised its discretion is not a matter of law (<u>see</u> <u>Matter of Von Bulow</u>, 63 NY2d 221, 225 n [1984]).  Chief Judge DiFiore and Judges Rivera, Stein, Fahey, Garcia, Wilson and Feinman concur.

Decided November 16, 2017